IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY ELMORE**  **PLAINTIFF**
*ADC #091418*

v.   CASE NO. 4:25-CV-00195-BSM

**DEXTER PAYNE,** *et al.*   **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted; Jeffrey Elmore's complaint [Doc. No. 2] is dismissed without prejudice; Elmore's motion for leave to proceed *in forma pauperis* [Doc. No. 1] is denied as moot; and it is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 24th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE