IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY ELMORE**                                           **PLAINTIFF**
*ADC #091418*

v.                   **CASE NO. 4:25-CV-00195-BSM**

**DEXTER PAYNE,** *et al.*                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE